Submitted on briefs March 28, affirmed March 30, petition for rehearing denied April 11, petition for review denied May 16, 1972

STATE OF OREGON, *Respondent, v.*
DAVID SLACK (No. 14-139), *Appellant.*
494 P2d 903

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).